# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Whaleco, Inc. ) | |
| ) | Case No. 1: 23-cv- |
| v. ) | |
| ) | Judge: Hon. Mary M. Rowland |
| temuapp.biz, nocdqqe.info, ) | |
| temu-app.net, fabioduque.com, ) | Magistrate: Hon. Beth W. Jantz |
| grabcodesnow.com, couponsky.net, ) | |
| icycoupons.com, boujeecoupons.com, ) | |
| darkycoupons.com, hozubea.com, ) | |
| qosae.com, temudeals.store, ) | |
| temucouponcodes.com, rewardspulse.com, ) | |
| giftcardhero.net, glengog.com, ) | |
| waferdeal.info, digitalbargainportal.com ) | |
| ) | |

## PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) EXPEDITED DISCOVERY ORDER, AND (3) SERVICE OF PROCESS BY EMAIL

Plaintiff, Whaleco, Inc., seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Expedited Discovery Order, and (3) Service of Process by Email Order on an action arising out of 15 U.S.C. § 1125(d), 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 30th of October, 2023.    Respectfully submitted,

                                        By:   s/David Gulbransen/
                                              David Gulbransen
                                              Attorney of Record

                                              David Gulbransen (#6296646)
                                              Law Office of David Gulbransen
                                              805 Lake Street, Suite 172

Oak Park, IL 60302  
(312) 361-0825 p.  
(312) 873-4377 f.  
david@gulbransenlaw.com