# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Whaleco, Inc. ) | |
| ) | Case No. 1: 23-cv-15424 |
| v. ) | |
| ) | Judge: Hon. Mary M. Rowland |
| temuapp.biz, nocdqqe.info, ) | |
| temu-app.net, fabioduque.com, ) | Magistrate: Hon. Beth W. Jantz |
| grabcodesnow.com, couponsky.net, ) | |
| icycoupons.com, boujeecoupons.com, ) | |
| darkycoupons.com, hozubea.com, ) | |
| qosae.com, temudeals.store, ) | |
| temucouponcodes.com, rewardspulse.com, ) | |
| giftcardhero.net, glengog.com, ) | |
| waferdeal.info, digitalbargainportal.com ) | |
| greatparcelswiss.com, drywink.com ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff, Whaleco, Inc. seeks entry of Default and Default Judgment against all parties. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 1st of March, 2024.     Respectfully submitted,


By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the March 1, 2024, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice on March 1, 2024, via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com