# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

WhaleCo, Inc

                    Plaintiff,

v.                                             Case No.: 1:23−cv−15424
                                                     Honorable Mary M. Rowland

temuapp.biz, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's motion for default judgment as to all remaining defendants [26] seeking $250,000 in statutory damages. [27]. The complaint sought $100,000 in statutory damages. By 3/11/24 Plaintiff is to file under seal a chart setting forth the amounts seized from each of the defendants thusfar and the amount of any settlements reached. Any response to the motion for default due by 3/15/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.