# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Whaleco, Inc. | Case No. 1: 23-cv-15424 |
| v. | Judge: Hon. Mary M. Rowland |
| temuapp.biz, nocdqqe.info, temu-app.net, fabioduque.com, grabcodesnow.com, couponsky.net, icycoupons.com, boujeecoupons.com, darkycoupons.com, hozubea.com, qosae.com, temudeals.store, temucouponcodes.com, rewardspulse.com, giftcardhero.net, glengog.com, waferdeal.info, digitalbargainportal.com, greatparcelswiss.com, drywink.com | Magistrate: Hon. Beth W. Jantz |

## STATUS REPORT

The Plaintiff files this Status Report in response to the Court's minute order of 3/4/2024, Docket #28.

There are no assets restrained for any of the Defendants, and none of the Defendants have settled with the Plaintiff, nor are any engaged in settlement discussions.

Respectfully submitted,

By:   s/David Gulbransen/
    David Gulbransen
    Attorney of Record

    David Gulbransen (#6296646)
    Law Office of David Gulbransen
    805 Lake Street, Suite 172
    Oak Park, IL 60302
    (312) 361-0825 p.
    (312) 873-4377 f.